IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> NORBERT BILLARD, <br><br> Defendant. | No. C10-1012 <br><br> ORDER FOLLOWING FINAL PRETRIAL CONFERENCE |

On the 6th day of April 2012, this matter came on for a Final Pretrial Conference. Plaintiff American General Life Insurance Company was represented by its attorneys, Michael W. Thrall and Matthew Eslick, and in-house counsel, Jeannette Roach. Defendant Norbert Billard appeared in person and was represented by his attorneys, David Van Susteren, Elizabeth Harris, and David O'Brien.

For the reasons discussed at the final pretrial conference, the Court finds that additional pretrial deadlines should be established.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. Not later than April 13, 2012, counsel must submit an amended proposed final pretrial order, correcting the "category" of objection assigned to the proposed exhibits. A "category C" objection should be used in those cases where a foundational objection is made.

2. Regarding the introduction of video depositions, not later than **April 25, 2012**, the proponent of the testimony must identify by page and line those portions of the deposition being designated for admission. Not later than **May 2, 2012**, the other party

1

may make objections to the designations and cross-designate additional portions of the deposition. Not later than **May 7, 2012**, the proponent may file objections to the cross-designations.

3.  Regarding any documents which may be translated from Spanish to English, not later than **April 27, 2012**, the proponent of the translated document will provide the other side with the proposed translation and the qualifications of the person performing the translation. Not later than **May 11, 2012**, the other party must inform the proponent of any objection to the proposed translation.

4.  Not later than **April 27, 2012**, the parties must file any miscellaneous pretrial motions (*i.e.*, a motion to bifurcate or a motion to realign the parties), any motions *in limine*, requested instructions, and trial briefs. At a minimum, the trial briefs must address the parties' requests for declaratory judgment, the dispute regarding whether the Florida insurance code or Florida common law governs the substantive law regarding misrepresentation, and the causes of action raised in Counts 3 and 4 of Defendant's amended counterclaim.

DATED this 9th day of April, 2012.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA